IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| KIMBRELYN CHATMAN, on behalf of herself and others similarly situated,<br>Plaintiff,<br><br>v.<br><br>GC SERVICES LIMITED PARTNERSHIP,<br>Defendant. | C.A. No. 3:14-cv-00526-CMC |

## JOINT STIPULATION TO DISMISS ALL CLAIMS

Plaintiff and Defendant jointly stipulate to the dismissal of all claims, individually and on behalf of any potential class, advanced by the plaintiff in this matter, with prejudice in light of an agreed resolution reached between the parties. Accordingly, all parties jointly and respectfully request that the Court enter a Final Judgment that dismisses all of the plaintiff's claims, in all capacities and potential capacities, with prejudice.

So stipulated and agreed:

/s/ Fred W. Suggs, III
Fred W. Suggs III,
Fed. ID No. 9015
ROE CASSIDY COATES & PRICE, P.A.
Post Office Box 10529
Greenville, SC 29603
Phone: (864) 349-2600
Fax: (864) 349-0303
tsuggs@roecassidy.com

/s/ William S. Helfand
CHAMBERLAIN, HRDLICKA, WHITE,
WILLIAMS & AUGHTRY, P.C.
William S. Helfand (Pro Hac Admitted)
William.Helfand@chamberlainlaw.com
1200 Smith Street, Suite 1400
Houston, Texas 77002
Telephone: (713) 654-9630

*Attorneys for Defendant*
*GC Services Limited Partnership*

AND

/s/ Holly E. Dowd
Holly E. Dowd
hdowd@attorneysforconsumers.com
822 Camborne Place
Charlotte, NC 28210
Phone: (888) 595-9111, ex. 260
Fax: (866) 565-1327


/s/ Michael Greenwald
Greenwald Davidson PLLC
5550 Glades Rd., Suite 500
Boca Raton, FL 33431
Phone: (561) 826-5477

*Attorneys for Plaintiff*
*Kimbrelyn Chatman*

Greenville, South Carolina

April 30, 2015